■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL FORD, Appellant.—Judgment, Supreme Court, New York County, rendered on October 14, 1977, unanimously affirmed. Assigned counsel's application to withdraw as such counsel is denied. No opinion. Concur—Birns, J. P., Fein, Lane, Lynch and Sandler, JJ.

■ In the Matter of the Accounting of ALFRED L. KRASNER, as Trustee under the Will of SOPHIE HARDT, Deceased, and as Executor of ROBERT GROSS, Deceased, and as Successor Executor of BENJAMIN GROSS, Deceased, Respondent. SIDNEY X. SHORE et al., as Executors of SARAH GROSS, Deceased, Appellants; UNITED JEWISH APPEAL OF GREATER NEW YORK, INC., et al., Respondents.—Decree, Surrogate's Court, New York County, entered on July 6, 1978, unanimously affirmed on the opinion of Midonick, S., without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.